**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
**MATTHEW T. NORMAN, ESQ., SBN 351413**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com
Email: MNorman@LawyersFTP.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G., a minor, by and through her Guardian Ad Litem, JUNET ORTEGA;<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF STOCKTON, et al..<br>    Defendants. | Case No.: 2:26-cv-01533-TLN-CSK<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

Pursuant to the Petition for Appointment of Guardian Ad Litem of Petitioner Junet Ortega, IT IS HEREBY ORDERED that Junet Ortega is appointed Guardian Ad Litem for Plaintiff N.G. in the above-captioned lawsuit

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____

Troy L. Nunley
Chief United States District Judge

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607